IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



KEITH McDONALD,

    Plaintiff,

v.   Civil Action No. 3:13CV439

DETENTION OFFICER TOMPSON,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on September 13, 2013, the Court conditionally docketed the action. On September 24, 2013, the United States Postal Service returned the September 13, 2013 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT HERE." Since that date, Keith McDonald has not contacted the Court to provide a current address. McDonald's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to McDonald.

                                        /s/   /REP/
                                Robert E. Payne
                                Senior United States District Judge

Date: November 5, 2013
Richmond, Virginia